**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| PENNSYLVANIA LAND HOLDINGS CORPORATION, a Delaware Corporation, | ) ) ) | |
| Plaintiff, | ) ) | Civil Action No. 06-1150 |
| v. | ) ) | Judge David S. Cercone |
| DEBBIE J. MASON, an Adult Individual and West Virginia Resident, C. R. COLEMAN, an Adult Individual and West Virginia Resident, and NICOLE GAS PRODUCTION, LTD., an Ohio Corporation, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER OF COURT**

AND NOW, this _5_ day of _October_, 2007, upon consideration of Plaintiff

Pennsylvania Land Holdings Corporation's ("PLHC") Motion for Default Judgment against

Defendant Nicole Gas Production, Ltd. ("Nicole Gas") under Rule 55(b)(2) of the Federal Rules

of Civil Procedure, the papers submitted in connection with the application, the papers on file in

this action, the evidence offered at the hearing on the Motion on October 5, 2007 and the

authorities cited, the Court finds as follows:

    1.     A default was entered against Nicole Gas on October 27, 2006;

    2.     Nicole Gas is not a minor, an incompetent person or a current member of the

military service;

    3.     Nicole Gas did not appear in this action;

    4.     PLHC has established that Nicole Gas is liable to PLHC for damages in the

amount of $ _1,122,000.00_.

THEREFORE, it is hereby ORDERED, ADJUDGED and DECREED that PLHC's

Motion for Default Judgment is GRANTED as follows:

1. Default judgment shall be entered against Nicole Gas in the amount of

$ *1,122,000.⁰⁰*

2. This judgment shall bear interest at the judgment rate from the date of entry until

paid.

David S. Cercone
United States District Court Judge